IRENE KARBELASHVILI, Esq. (SBN 232223)
IRAKLI KARBELASHVILI, Esq. (SBN 302971)
ALLACCESS LAW GROUP
2096 Walsh Ave, Ste C1
Santa Clara, CA 95050
Telephone: (408) 295-0137
Fax: (408) 295-0142
irakli@allaccesslawgroup.com

Attorneys for Plaintiff DEBRA VOLLE

RONDA N. EDGAR, Esq. (SBN 234758)
EDGAR LAW GROUP, LLP
675 N. First St., Suite 675
San Jose, CA 95112
Telephone: (408) 278-1200
Fax: (408) 278-1211
ronda@edgarlawgroup.com

Attorneys for Defendants NEW SUNRISE-7 AUTO REPAIR & GAS, INC. and SUNRISE SEVEN, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| DEBRA VOLLE,<br><br>Plaintiff,<br><br>v.<br><br>NEW SUNRISE-7 AUTO REPAIR & GAS, INC.; SUNRISE SEVEN, LLC,<br><br>Defendants. | Case No. 5:26-cv-05625-NW<br><br>**JOINT STIPULATION TO CONTINUE GENERAL ORDER 56 DEADLINES AND TO EXTEND DEFENDANTS' TIME TO RESPOND TO COMPLAINT; ~~[PROPOSED]~~ ORDER**<br><br>Judge: Hon. Noël Wise |

Plaintiff Debra Volle ("Plaintiff") and Defendants New Sunrise-7 Auto Repair & Gas, Inc. and Sunrise Seven, LLC (together, "Defendants"; with Plaintiff, the "Parties") submit this joint stipulation through their counsel.

**BACKGROUND**

1. Plaintiff filed this action on June 10, 2026, asserting claims under Title III of the Americans with Disabilities Act and related California law concerning the property at 4298

Senter Road, San Jose, California (Dkt. 1).

2. On June 11, 2026, the Court issued its Scheduling Order for ADA access cases (the "Scheduling Order"), which sets deadlines under General Order No. 56 ("G.O. 56") (Dkt. 4).

3. New Sunrise-7 Auto Repair & Gas, Inc. was served on July 2, 2026 (Dkt. 11). Sunrise Seven, LLC waived service; the waiver was sent July 29, 2026, and its response was due September 28, 2026 (Dkt. 10).

4. In August 2026, counsel agreed that both Defendants would have until September 28, 2026 to respond to the Complaint.

5. Under the Scheduling Order, the joint site inspection must occur within 60 days after service of the Complaint. The deadlines for initial disclosures, the in-person settlement meeting, and the Notice of Need for Mediation or Notice of Settlement all run from the inspection date.

6. Since early August 2026, the Parties have worked informally to resolve Plaintiff's injunctive relief claims without the expense of a formal joint site inspection. Defendants retained an accessibility consultant, who inspected the premises. Defendants then completed remedial work and sent Plaintiff's counsel a scope of completed work on September 17, 2026, and photographs of the modifications on October 21, 2026. Plaintiff's counsel and Plaintiff's Certified Access Specialist (CASp) are now reviewing those materials.

7. Because of these efforts, the joint site inspection has not taken place, and Defendants have not yet filed a responsive pleading. Additional time will allow the Parties to finish reviewing the remediation, address any remaining items, and possibly resolve the case without further burden on the Court.

8. There have been no prior court-ordered changes to the schedule. No hearing, case management conference, or trial date has been set, so the requested extension will not affect any other date.

Accordingly, the Parties stipulate and jointly request that the Court order as follows:

## STIPULATION

1. Defendants' time to answer or otherwise respond to the Complaint is extended to and including **November 23, 2026**, and any response filed on or before that date shall be deemed timely.

2. The G.O 56 deadline to hold the Joint Site Inspection is continued to **December 21, 2026**. All other deadlines triggered by the Joint Site Inspection are modified accordingly.

3. Nothing in this Stipulation precludes the Parties from resolving this action before the deadlines above. If the Parties reach a settlement, they will promptly file a Notice of Settlement of ADA Access Case.

4. All other provisions of the Scheduling Order and G.O. 56 remain in effect.

**IT IS SO STIPULATED.**

Dated: October 28, 2026

ALLACCESS LAW GROUP

*/s/ Irakli Karbelashvili*
IRAKLI KARBELASHVILI, Esq.
Attorneys for Plaintiff
DEBRA VOLLE

Dated: October 29, 2026

EDGAR LAW GROUP, LLP

*/s/ Ronda N. Edgar*
RONDA N. EDGAR, Esq.
Attorneys for Defendants
NEW SUNRISE-7 AUTO REPAIR
& GAS, INC. and SUNRISE SEVEN, LLC

## FILER'S ATTESTATION

I, Irakli Karbelashvili, attest that concurrence in the filing of this document has been obtained from each of the other signatories, whose electronic signatures appear above.

Dated: November 2, 2026

*/s/ Irakli Karbelashvili*
IRAKLI KARBELASHVILI

# ~~[PROPOSED]~~ ORDER

Pursuant to the Parties' stipulation, and good cause appearing, IT IS HEREBY ORDERED that:

1. Defendants New Sunrise-7 Auto Repair & Gas, Inc. and Sunrise Seven, LLC shall answer or otherwise respond to the Complaint on or before **November 23, 2026**.

2. The G.O 56 deadline to hold the Joint Site Inspection is continued to **December 21, 2026.**

3. All other provisions of the Scheduling Order and General Order No. 56 remain in effect.

4. The Court SETS a case management conference in this action for **March 2, 2026** at 9:00 a.m., in Courtroom 3, 5th Floor, Federal Courthouse, 280 South First Street, San Jose, California.

**IT IS SO ORDERED.**

Dated: November 5, 2026

Hon. Noël Wise
United States District Judge